**Order entered September 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00313-CR

### CARLA GAY JOHNSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 11
Dallas County, Texas
Trial Court Cause No. MA17-40154-L**

## ORDER

Before the Court is appellant's September 13, 2018 second motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before September 27, 2018. Appellant is cautioned that the failure to file a brief by that date may result in the appeal being abated for a hearing. *See* TEX. R. APP. P. 38.8(b).

.

/s/      CRAIG STODDART
           JUSTICE